# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| **IN RE:** ) | CASE NO.: 17-01113-jw |
| ) | |
| **Desiree Diamond Hosey aka Desiree D. Hosey fka Desiree Williams fdba Desire Enterprise,** ) ) ) | CHAPTER 13 |
| Debtor(s) ) | **NOTICE OF MOTION** |
| ) | **AND MOTION FOR MORATORIUM** |
| Address: **PO Box 61304** ) | |
| **North Charleston, SC 29419** ) | |
| ) | |
| Last four digits on Social-Security or ) | |
| Individual Tax-Payer-Identification (ITIJ) ) | |
| No(s)., (if any): **8472** | |

TO:    TRUSTEES AND ALL CREDITORS

PLEASE TAKE NOTICE THAT unless written objection, conforming to Local Rule 9014, is made to the attached motion and is served upon the undersigned counsel for the debtor and filed with the clerk of court within twenty-one (21) days from the date of service of this notice (see attached certificate of service), an order may be entered, without a court hearing, granting the relief sought in the attached motion. A copy of the motion and proposed order accompanies this notice.

TAKE FURTHER NOTICE that any response, return, and/or objection should be filed with the Clerk of Court no later than twenty-one (21) days from service of the motion and a copy simultaneously served on all parties in interest.

TAKE FURTHER NOTICE that no hearing will be held on this motion or application unless a response, return, and/or objection is timely filed and served, in which case, the Court will conduct a hearing on (consent) **August 5, 2020** at **10:00 A.M.,** at **145 King Street, Room 225, Charleston, SC. No further notice of this hearing will be given.**

July 6, 2020

FILE OBJECTION WITH:

| | |
|---|---|
| Clerk, U.S. Bankruptcy Court | /s/ Richard A. Steadman, Jr._____ |
| 1100 Laurel Street | RICHARD A. STEADMAN, JR. |
| Columbia, SC 29201 | Steadman Law Firm, P.A. |
| | Post Office Box 60367 |
| | North Charleston, SC 29419-0367 |
| | (843) 529-1100 |
| | rsteadman@steadmanlawfirm.com |
| | District Court I.D. #4284 |
| | Attorney for Debtor(s) |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| **IN RE:** ) | CASE NO.: 17-01113-jw |
| ) | |
| **Desiree Diamond Hosey aka Desiree D.** ) | CHAPTER 13 |
| **Hosey fka Desiree Williams fdba Desire** ) | |
| **Enterprise,** ) | |
| Debtor(s) ) | **NOTICE OF MOTION** |
| ) | **AND MOTION FOR MORATORIUM** |
| Address: **PO Box 61304** ) | |
| **North Charleston, SC 29419** ) | |
| ) | |
| Last four digits on Social-Security or ) | |
| Individual Tax-Payer-Identification (ITIJ) ) | |
| No(s)., (if any): **8472**_____ ) | |

     Pursuant to 11 U.S.C.S. §1329, the above-named debtor by and through the undersigned attorney, hereby moves that this Honorable Court grant her a moratorium and suspend payments under the Debtor's Chapter 13 plan to the end of her plan, which was confirmed by order to this Court filed on July 6, 2017.

     Debtor requests that her payments be suspended for four (4) months, adding those months to the end of her plan.

     Debtor requests suspension of payments for the following reasons: Debtor has suffered a reduction of income due to Covid-19 and requests a 4-month moratorium in payments pursuant to the CARES Act.

     Debtor has made Trustee payments as required from April 2017 through April 2020. Debtor would request that the Court consider her special circumstances and past history of timely payments in allowing this Motion.

July 6, 2020
North Charleston, South Carolina

                                                  /s/ Richard A. Steadman, Jr._____
                                                  RICHARD A. STEADMAN, JR.
                                                  Steadman Law Firm, P.A.
                                                  Post Office Box 60367
                                                  North Charleston, SC 29419
                                                  (843) 529-1100
                                                  rsteadman@steadmanlawfirm.com
                                                  District Court I.D. #4284
                                                  ATTORNEY FOR THE DEBTOR(S)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: ) | CASE NO.: 17-01113-jw |
| ) | |
| **Desiree Diamond Hosey aka Desiree D.** ) | CHAPTER 13 |
| **Hosey fka Desiree Williams fdba Desire** ) | |
| **Enterprise,** ) | |
| ) | |
| Debtor(s) ) | **NOTICE OF MOTION** |
| ) | **AND** |
| Address:  **PO Box 61304** ) | **MOTION FOR MORATORIUM** |
| **North Charleston, SC 29419** ) | |
| ) | |
| Last four digits on Social-Security or ) | |
| Individual Tax-Payer-Identification (ITIJ) ) | |
| No(s)., (if any): **8432** ) | |

**AFFIDAVIT OF MAILING**

\* \* \* \* \* \*

This is to certify that on this <u>6th day</u> of <u>July 2020</u> I have caused to be served upon the Trustee and the persons named below the Notice of Motion and Motion for Moratorium, Motion for Moratorium and Proposed Order of the Debtors in the foregoing matter by electronic notice or by placing copies of the same in the United States Mail, postage prepaid, in envelopes addressed as follows:

/s/ Catherine Emory
Catherine Emory, Legal Assistant to
RICHARD A. STEADMAN, JR.
Steadman Law Firm, P.A.
Post Office Box 60367
North Charleston, SC 29419
District Court I.D. #4284
(843) 529-1100
Attorney for the Debtor(s)

**Via Electronic Notice Only:**

JAMES M. WYMAN
CHAPTER 13 TRUSTEE

OFFICE OF THE U.S. TRUSTEE

```
Label Matrix for local noticing         Aargon Agency                          CAB Collections
0420-2                                  8668 Spring Mountain Rd                Po Box 62889
Case 17-01113-jw                        Las Vegas NV 89117-4132                North Charleston SC 29419-2889
District of South Carolina
Charleston
Mon Jul  6 15:31:25 EDT 2020

Capital One                             Charleston County EMS                  Comprehensive Dentistry
Attn: General Correspondence/Bankruptcy PO Box 863                             1470 Tobias Gadson Blvd
Po Box 30285                            Lewisville NC 27023-0863               Suite 100
Salt Lake City UT 84130-0285                                                   Charleston SC 29407-4707


Fed Loan Servicing                      Fed Loan Sevicing                      Fedloan
Po Box 69184                            Po Box 69184                           Po Box 69184
Harrisburg PA 17106-9184                Harrisburg PA 17106-9184               Harrisburg PA 17106-9184


Desiree Diamond Hosey                   MUSC                                   Sean P. Markham
PO Box 61304                            1 Poston Rd, Ste 350                   Markham Law Firm, LLC
North Charleston, SC 29419-1304         Charleston SC 29407-3431               PO Box 20074
                                                                               Charleston, SC 29413-0074


Medical University of South Carolina    Navient                                Navient Solutions, Inc. on behalf of
PO Box 932933                           Attn: Bankruptcy                       United Student Aid Funds, Inc.
Atlanta GA 31193-2933                   Po Box 9500                            Attn: Bankruptcy Litigation Unit E3149
                                        Wilkes-Barr PA 18773-9500              PO Box 9430
                                                                               Wilkes Barre, PA 18773-9430


Ocwen Loan Servicing, LLC               PRA Receivables Management, LLC        (p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO Box 6723                             PO Box 41021                           PO BOX 41067
Springfield OH 45501-6723               Norfolk, VA 23541-1021                 NORFOLK VA 23541-1067


Roper Hospital                          Steven L. Smith                        Smith/Closser, PA
PO Box 650292                           Smith & Koontz, PA                     PO Box 40578
Dallas TX 75265-0292                    PO Box 40578                           Charleston SC 29423-0578
                                        Charleston, SC 29423-0578


Richard A. Steadman Jr.                 TOPGALLANT, LLC                        US Trustee's Office
STEADMAN LAW FIRM PA                    610 Fairington Drive                   Strom Thurmond Federal Building
P O Box 60367                           Summerville SC 29485-8675              1835 Assembly Street
North Charleston, SC 29419-0367                                                Suite 953
                                                                               Columbia, SC 29201-2448


United Student Aid Funds, Inc (USAF)    Wells Fargo Auto Finance               Wells Fargo Auto Finance
PO Box 8961                             Attn: Bankruptcy                       Po box 29706
Madison WI 53708-8961                   Po Box 29704                           Phoenix AZ 85038-9706
                                        Phoenix AZ 85038-9704


Wells Fargo Bank Card                   Wells Fargo Bank Ia N                  Wells Fargo Bank, N.A.
Mac F82535-02f                          Mac-F8235-02f                          PO Box 10438
Po Box 10438                            Po Box 10438                           Des Moines, IA  50306-0438
Des Moines IA 50306-0438                Des Moines IA 50306-0438
```

```
Wells Fargo Bank, N.A.                          James M. Wyman
Wells Fargo Card Services                       PO Box 997
PO Box 10438, MAC F8235-02F                     Mount Pleasant, SC 29465-0997
Des Moines, IA 50306-0438
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)PRA Receivables Management, LLC      (d)TopGallant, LLC              End of Label Matrix
PO Box 41021                             610 Fairington Drive            Mailable recipients    31
Norfolk, VA 23541-1021                   Summerville, SC 29485-8675      Bypassed recipients     2
                                                                         Total                  33
```