**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

Case Number:  17-01113-jw

ORDER GRANTING MOTION FOR MORATORIUM

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby **ORDERED**.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| **IN RE:** | CASE NO.: 17-01113-jw |
| **Desiree Diamond Hosey aka Desiree D. Hosey fka Desiree Williams fdba Desire Enterprise,** | CHAPTER 13 |
| Debtor(s) | **ORDER** |
| Address: **PO Box 61304** | |
| **North Charleston, SC 29419** | |
| Last four digits on Social-Security or Individual Tax-Payer-Identification (ITIJ) No(s)., (if any): **8472** | |

The parties have agreed that a moratorium will be granted for the four (4) months. The debtor will resume the regular monthly payment of $1,375.00 at the conclusion of the moratorium. Debtor will be responsible for making sure that the full amount is paid.

The parties agree that if the debtor fails to make any future payments to the Trustee in a timely manner, the case may be dismissed upon written request of the Trustee, without further notice or hearing.

This order shall not be interpreted to require the Trustee to issue a refund of any payments to the debtor. A refund request will not be considered by the Trustee unless a separate, specific request is made in writing within ten (10) days of the entry of this order, the refund request will not make the debtor's case delinquent, and the Trustee agrees that funds are available in the case to be refunded. The Trustee will only issue refunds on regular disbursements dates and will not refund funds that have already been disbursed. Based on the agreement of the parties,

**IT IS HEREBY ORDERED** that the motion for moratorium is granted for the four (4) months. The missed payments will not be forgiven but will be added to the end of the plan. If the Debtor fails to make any future payments to the Trustee in a timely manner, the case may be dismissed upon written request of the Trustee, without further notice of hearing.